# Court of Appeals
# of the State of Georgia

ATLANTA,  May 13, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0851. JAMES EDWARD CARROLL v. THE STATE.

Following his conviction for rape and other crimes, James Edward Carroll filed a motion for new trial. On October 9, 2024, the trial court entered an order denying the motion. On November 27, 2024, Carroll filed a notice of appeal. The State has moved to dismiss the appeal, arguing that it is untimely. We agree.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Carroll's notice of appeal was untimely, as it was filed 49 days after entry of the order he wishes to appeal. The State's motion to dismiss is therefore GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/13/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*